1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARNEST L. PHILLIPS, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01973-APG-NJK |
| vs. | ) ORDER |
| JONATHAN COOPER, et al., | ) (Docket No. 1) |
| Defendant(s). | ) |

On November 25, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. The application does not comply with Federal Rule of Civil Procedure 5.2(a) as it contains improper confidential information.[1] Rule 5.2 provides that a filing should not contain an individual's social-security number or birth date. Fed.R.Civ.P. 5.2(a).

. . .

. . .

. . .

. . .

. . .

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
  (1) the last four digits of the social-security number and taxpayer-identification number;
  (2) the year of the individual's birth;
  (3) the minor's initials; and
  (4) the last four digits of the financial-account number.

Based upon the foregoing,

**IT IS SO ORDERED**:

1. The Clerk of the Court shall seal the document at Docket No. 1.
2. Plaintiff shall file a redacted version of his application to proceed *in forma pauperis* in compliance with Federal Rule of Civil Procedure 5.2, no later than January 5, 2015.
3. Failure to file a redacted application by January 5, 2015, will result in denial of Plaintiff's application to proceed *in forma pauperis*.

DATED: December 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge