1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARNEST L. PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01973-APG-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| JONATHAN COOPER, et al., ) | |
| ) | |
| Defendants. ) | |

On November 25, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. On December 1, 2014, the Court sealed the application, because it contains confidential information and, thus, fails to comply with Federal Rule of Civil Procedure 5.2(a). Docket No. 2. The filing of confidential information is the only error on the application noted by the Court. *Id*. The Court ordered Plaintiff to file a redacted application no later than January 5, 2014. *Id*. On December 8, 2014, the Court received a letter from Plaintiff. Docket No. 3. In his letter, Plaintiff indicates his intent to comply with the Court's Order and requests two blank applications from the Court. *Id*.

. . .

. . .

. . .

. . .

. . .

1  Based upon the foregoing,

2  **IT IS ORDERED** that the Clerk of Court SHALL SEND Plaintiff two blank copies of the
3  approved form application to proceed *in forma pauperis* by a prisoner, as well as the document
4  entitled information and instructions for filing an *in forma pauperis* application.

5  **IT IS FURTHER ORDERED** that Plaintiff shall have until **January 12, 2015**, to file a
6  redacted version of his application to proceed *in forma pauperis*, in full compliance with this Court's
7  prior Order (Docket No. 2).

8  **IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order,
9  dismissal of this action may result.

10  DATED: December 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge