# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EARNEST L. PHILLIPS, | |
| Plaintiff(s), | Case No. 2:14-cv-01973-APG-NJK |
| vs. | ORDER |
| JONATHAN COOPER, et al., | (Docket Nos. 1, 5) |
| Defendant(s). | |

On November 25, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. On December 1, 2014, the Court ordered the Clerk of the Court to seal Plaintiff's application to proceed *in forma pauperis* because it did not comply with Federal Rule of Civil Procedure 5.2(a).[1] The Court further ordered Plaintiff to file a redacted version of his application to proceed *in forma pauperis* no later than January 5, 2015. Docket No. 2. Plaintiff has complied with the Court's prior order by submitting two additional applications to proceed *in forma pauperis*. *See* Docket Nos. 5, 6. Upon initial review, Plaintiff's Complaint also contains confidential information, and will therefore remain under seal. Docket No. 1-1.

. . .

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) the last four digits of the social-security number and taxpayer-identification number;
    (2) the year of the individual's birth;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number.

Accordingly,

1. Plaintiff shall file a redacted version of his Complaint in compliance with Federal Rule of Civil Procedure 5.2, <u>no later than January 26, 2015</u>.

2. Failure to file a redacted Complaint by January 26, 2015, will result in denial of Plaintiff's application to proceed *in forma pauperis* (Docket No. 6).

3. Plaintiff's first and second applications to proceed *in forma pauperis* (Docket Nos. 1, 5) are hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 29, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge