**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EARNEST L. PHILLIPS,

    Plaintiff(s),

vs.

JONATHAN COOPER, et al.,

    Defendant(s).

Case No. 2:14-cv-01973-APG-NJK

ORDER

(Docket Nos. 6, 11)

On December 29, 2014, the Court ordered Plaintiff to file a redacted version of his Complaint, no later than January 26, 2015, because it contained confidential information and did not comply with Federal Rule of Civil Procedure 5.2(a).[1]  Docket No. 7.  This rule is designed "to protect privacy" and remind parties "that any personal information not otherwise protected by sealing or redaction will be made available over the internet."  Fed.R.Civ.Pro. 5.2 advisory committee's note.

On January 22, 2015, Plaintiff filed a "response" to the Court's Order and a fourth application to proceed *in forma pauperis*.[2]  Docket Nos. 10, 11.  In his "response" Plaintiff asks the Court to inform him on what he is doing wrong, because he does not see any errors.  Docket No. 10.

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) **the last four digits of the social-security number** and taxpayer-identification number;
    (2) **the year of the individual's birth**;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number (emphasis added).

[2] Plaintiff's first and second applications were denied as moot.  Docket No. 7.  Plaintiff is advised that the Court has not yet ruled on his application to proceed *in forma pauperis* at Docket No. 11.  Therefore, Plaintiff does not need to file another application to proceed *in forma pauperis* at this time.

Plaintiff is advised that the Court is not permitted to give parties legal advice. While the Court appreciates that it is difficult for an individual to represent himself in a federal case, if Plaintiff wishes to proceed, he must follow the rules and is advised to familiarize himself with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the substantive laws applicable to his case. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, *pro se* litigants are bound by the rules of procedure") (citing *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1995)).

Accordingly,

1. Plaintiff shall file a redacted version of his **Complaint** in compliance with Federal Rule of Civil Procedure 5.2, **no later than February 26, 2015**.

2. The Clerk of the Court shall mail Plaintiff two blank complaint forms.

3. Failure to file a redacted Complaint by February 26, 2015, will result in denial of Plaintiff's application to proceed *in forma pauperis* (Docket No. 11).

4. Plaintiff's third application to proceed *in forma pauperis* (Docket No. 6) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: January 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge