1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10   EARNEST L. PHILLIPS,                )
                                         )
11                      Plaintiff(s),    )         2:14-cv-01973-APG-NJK
                                         )
12   vs.                                 )         **REPORT AND**
                                         )         **RECOMMENDATION**
13   JONATHAN COOPER, et al.,            )
                                         )
14                      Defendant(s).    )         (Docket No. 11)
     _____)

15

16          This matter is before the Court on Plaintiff's failure to comply with three Court Orders.

17   Docket Nos. 12, 13, 15.  On December 1, 2014, the Court ordered the Clerk of the Court to seal

18   Plaintiff's application to proceed *in forma pauperis* as it contained improper confidential

19   information.  Docket No. 2.  Thereafter, Plaintiff submitted two additional applications to proceed

20   *in forma pauperis*, but failed to submit a redacted complaint.  *See* Docket Nos. 5, 6.  On December

21   29, 2014, the Court ordered Plaintiff to file a redacted version of his Complaint, in compliance with

22   Federal Rule of Civil Procedure 5.2, no later than January 26, 2015.  Docket No. 7.  On January 22,

23   2015, Plaintiff submitted a fourth application to proceed *in forma pauperis*, but failed to attach a

24   redacted complaint.  Docket No. 11.

25          On January 26, 2015, the Court ordered Plaintiff to file a redacted version of his Complaint,

26   in compliance with Federal Rule of Civil Procedure 5.2, no later than February 26, 2015.  Docket

27   No. 12.  The Order advised Plaintiff that failure to comply would result in a denial of his application

28

to proceed *in forma pauperis*. *Id.*, at 2.  Plaintiff has neither complied nor requested an extension of time in which to comply.  *See* Docket.

On March 13, 2015, the Court issued an order to show cause for failing to comply with the Court's Order at Docket No. 12.  Docket No. 13.  The Court ordered Plaintiff to show cause, in writing, no later than April 13, 2015, why he should not be sanctioned, up to and including case-dispositive sanctions. *Id.*  Plaintiff has neither complied nor requested an extension of time in which to comply.  *See* Docket.

On March 26, 2015, the Court received mail returned as undeliverable to Plaintiff.  Docket No. 14.  The Court issued a second order to show cause on April 20, 2015, for Plaintiff's failure to update his address, pursuant to Local Special Rule 2-2.  Docket No. 15.  The Order advised Plaintiff that failure to comply would result in a recommendation of dismissal. *Id.*, at 2.  The response to that order to show cause was due no later than May 4, 2015.  *Id.*  Plaintiff has neither complied nor requested an extension of time in which to comply.  *See* Docket.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED and that this action be DISMISSED without prejudice to Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

<u>**NOTICE**</u>

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court.  Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.

Dated:  May 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

- 3 -