UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EARNEST L. PHILLIPS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN COOPER, et al.,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-01973-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>(Dkt. ##11, 17) |

　　　　On May 13, 2015, Magistrate Judge Koppe entered her Report and Recommendation recommending dismissal of Plaintiff's claims without prejudice. (Dkt. #17.) No objection has been filed to that Report and Recommendation. I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia*, "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to the magistrate judge's recommendation, I may accept the recommendation without review.

　　　　Nevertheless, I have reviewed the issues set forth in the Report and Recommendation. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

/ / / /

/ / / /

/ / / /

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: June 3, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE